Randall S. Luskey (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
    **& GARRISON LLP**
535 Mission St., 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorney for Defendants*
COINBASE, INC. AND COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY, a New Jersey resident, PAUL ZAMBITO, a California resident, JAMES MARTIN, a California resident, KALE BITTNER, a California resident, and JOHN AIDAN COTTER, a California resident, on behalf of the California public,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>Defendants. | Case No. 3:26-cv-01569<br><br>(San Francisco County Superior Court Case No. CGC-26-632676)<br><br>**DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15 FOR DEFENDANTS COINBASE, INC. AND COINBASE GLOBAL, INC.**<br><br>Date Filed: February 23, 2026<br>Trial Date: None Set |

DISCL. STATEMENT & CERT. OF INTERESTED ENTITIES                    CASE NO. 3:26-cv-01569

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Shareholders of Coinbase Global, Inc. The undersigned is unaware of any other conflict or interest (other than the named parties) to report.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned further certifies that:

1.    Defendant Coinbase, Inc. is a wholly owned subsidiary of Defendant Coinbase Global, Inc.

2.    No publicly held company owns 10% or more of Defendant Coinbase Global, Inc.

Dated:  February 23, 2026

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
Randall S. Luskey

*Attorney for Defendants*
COINBASE, INC. AND COINBASE GLOBAL, INC.

- 2 -

DISCL. STATEMENT & CERT. OF INTERESTED ENTITIES            CASE NO. 3:26-cv-01569