Randall S. Luskey (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Paul D. Brachman (admitted *pro hac vice*)
pbrachman@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7440
Facsimile: (202) 379-4098

*Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.*

Eugene Rome (SBN: 232780)
erome@romellp.com
Bradley Cebeci (SBN: 198163)
bcebeci@romellp.com
Brianna Dahlberg (SBN: 280711)
bdahlberg@romellp.com
**ROME LLP**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

*Attorneys for Plaintiffs Michael Murphy, Paul Zambito, James Martin, Kale Bittner, and John Aidan Cotter*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL MURPHY, a New Jersey resident, PAUL ZAMBITO, a California resident, JAMES MARTIN, a California resident, KALE BITTNER, a California resident, and JOHN AIDAN COTTER, a California resident, on behalf of the California public,

Plaintiffs,

v.

COINBASE, INC. and COINBASE GLOBAL, INC.,

Defendants.

Case No.: 3:26-cv-01569-WHO

**JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

District Judge William H. Orrick

Pursuant to Civil Local Rule 7-12, Plaintiffs Michael Murphy, Paul Zambito, James Martin, Kale Bittner, and John Aidan Cotter ("Plaintiffs") and Defendants Coinbase, Inc. and Coinbase Global, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 2, 2026, the Parties stipulated to extend Defendants' deadline to respond to the Complaint pending resolution of Plaintiffs' Motion to Remand (ECF No. 8);

WHEREAS, on March 10, 2026, the Court entered the Parties' stipulation and ordered that Defendants' deadline to file a Motion to Transfer Venue, Motion to Compel Arbitration, or to otherwise respond to the Complaint shall be 30 days following a decision on Plaintiffs' Motion to Remand (ECF No. 14);

WHEREAS, on June 22, 2026, the Court denied Plaintiffs' Motion to Remand (ECF No. 39);

WHEREAS, the Court granted the Parties' stipulated extensions of the deadline to respond to the Complaint while the Parties were engaged in discussions about the status of Plaintiffs' claims (ECF Nos. 43, 45, 47, 49);

WHEREAS, Plaintiffs agreed to the Coinbase User Agreement, which contains an arbitration provision that requires binding arbitration of the claims asserted in this action;

WHEREAS, in light of the foregoing, and to conserve judicial and party resources, the Parties agree to voluntarily dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, each Party agrees to bear its own fees and costs;

**IT IS HEREBY STIPULATED** and agreed that Plaintiffs' claims are hereby voluntarily dismissed with prejudice.

Dated: November 23, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Randall S. Luskey*
Randall S. Luskey (SBN: 240915)
Paul D. Brachman (admitted *pro hac vice*)

*Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.*

Dated: November 23, 2026

ROME LLP

By: */s/ Eugene Rome*
Eugene Rome (SBN: 232780)
Bradley Cebeci (SBN: 198163)
Brianna Dahlberg (SBN: 280711)

*Attorneys for Plaintiffs Michael Murphy, Paul Zambito, James Martin, Kale Bittner, and John Aidan Cotter*

**FILER'S ATTESTATION**

I, Randall S. Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each signatory identified above has concurred in this filing and has authorized the use of his or her electronic signature.

Dated: November 23, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Randall S. Luskey*
Randall S. Luskey (SBN: 240915)

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Plaintiffs' claims are voluntarily DISMISSED WITH PREJUDICE.

Dated: November 24, 2026

DISTRICT JUDGE WILLIAM H. ORRICK